# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | **SENTENCING MINUTES** |
| JOHN D. SCHAEFER | Case No. 23-CR-70 |

HONORABLE WILLIAM C. GRIESBACH presiding  
Proceeding Held: February 13, 2024  
Deputy Clerk: Mara  

Time Called: 10:34 a.m.  
Time Concluded: 11:19 a.m.  
Tape: 021324  

**Appearances:**

UNITED STATES OF AMERICA by:     Daniel Humble  
JOHN D. SCHAEFER by:     Krista Halla-Valdes  
US PROBATION OFFICE by:     Amy Kosmoski  

☒ The parties have no objections to the factual statements in the PSR  
☒ The parties have no objections to the application of the guidelines in the PSR  

☐ Objections/corrections to factual statements in PSR by ☐ Plaintiff ☐ Defendant  
☐ Objections/corrections to application of guidelines by ☐ Plaintiff ☐ Defendant  

☒ The court adopts the factual statements and guideline application as set forth in the PSR  
☐ The court adopts the factual statements and guideline application with these changes:  

☒ The government presents sentencing argument: 360 months  
☒ The defendant presents sentencing argument: 240 months, Lifetime SR, placement at FCI Elkton  
☐ Defendant exercises right of allocution.  
☒ The court imposes sentence.  
☐ The government dismisses count(s) _____.  
☒ Defendant advised of appeal rights.  

Rule 11(c)(1)(C) plea agreement.  
10:39 a.m. – Heather Haeflinger, Victim Assistance Specialist, addresses the court on behalf of the victim's mother.  
*JVTA assessment not imposed as defendant was found indigent.

**SENTENCE IMPOSED:**

**Imprisonment:**   300 months as to Cts. 1 and 2 to run concurrent.

Imprisonment term for each count to be served ☒ concurrently ☐ consecutively.
**TOTAL TERM OF IMPRISONMENT IMPOSED:  300 months.**

☐ This term of imprisonment is to be served (☐ concurrently with <u>or</u> ☐ consecutively to) any state court sentence the defendant is currently serving.

**Probation:**

**Supervised Release:**   Term of life as to Cts. 1 and 2 to run concurrent.

**MONETARY PENALTIES**

**Special Assessment:**   $ 200.00        due immediately

**Fine:**   $_____   ☒ fine waived

**Restitution:**   $_____   ☐ determination deferred

**JOINT AND SEVERAL PAYMENTS**

☐ Fine and/or ☐ Restitution is **joint and several** with _____.
☐ Repayment of Buy Money is **joint and several** with _____.

**FORFEITURE**

☐  All property forfeited upon conviction or by order of the court shall be included in the criminal judgment.

**RECOMMENDATIONS**

☒  The court recommends the defendant's placement at FCI Elkton.
☐  The court recommends the defendant's participation in the Bureau of Prisons' 500-hour drug treatment program.
☒  Other:  The court recommends the defendant's participation in sex offender treatment.

**CUSTODY**

☒  The defendant is remanded to the custody of the U.S. Marshal Service.
☐  The defendant is to voluntarily surrender at the institution designated by the Bureau of Prisons as notified by the U.S. Probation Office; ☐ on or after _____.

**CONDITIONS OF SUPERVISED RELEASE/PROBATION**

☒ The defendant does not object to the conditions of supervised release as set forth in the Revised presentence investigation report.
☒ The defendant waives reading of the conditions of supervised release.

☒ **Mandatory Conditions of Supervision** imposed.

☒ The Court adopts the **Standard Conditions of Supervision** set forth in the Revised presentence investigation report without change.
☐ The Court adopts the **Standard Conditions of Supervision** set forth in the presentence investigation report with the following changes:

☒ The Court adopts the **Special Conditions of Supervision** set forth in the Revised presentence investigation report without change.
☐ The Court adopts the **Special Conditions of Supervision** set forth in the presentence investigation report with the following changes:

**\*NOTE: The correct conditions of supervision adopted by the court are attached to [19] Revised PSR After Sentencing filed on 2/14/24.**